851 A.2d 836

**Eric X. RAMBERT, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 4, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of June, 2004, the above captioned appeal is quashed for failure to file a brief.